# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Melvin Alexander Lorenzo Duarte <br><br> *Plaintiff(s)* <br><br> v. <br><br> Empire Bagels, Inc., Empire Bagels Brewster Inc., Empire Bagels Carmel Inc., Empire Bagels Cross River Inc., Empire Bagels Fishkill Inc., Empire Bagels Harrison Inc., and Jay D'Angelo <br><br> *Defendant(s)* | Civil Action No. 22 Civ 01775 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Empire Bagels, Inc.
3101 Westchester Avenue Bronx, NY, 10461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Attn: Louis Pechman, Gianfranco Cuadra
pechman@pechmanlaw.com
cuadra@pechmanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/04/2022   /S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

Civil Action No. 22 Civ 01775

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: