AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Melvin Alexander Lorenzo Duarte, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22 Civ. 1775 (KMK)(JCM) |
| Empire Bagels, Inc. et. al., | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, both on behalf of himself and all others similarly situated                              .

Date:      03/04/2022

/s/ Gianfranco J. Cuadra
*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*