```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MELVIN ALEXANDER LORENZO DUARTE,              :
                                              :
                    Plaintiff,                :
                                              :   22 Civ. 1775 (KMK)(JCM)
            -against-                         :
                                              :
EMPIRE BAGELS, INC., EMPIRE BAGELS            :
BREWSTER INC., EMPIRE BAGELS CARMEL           :   PROPOSED JUDGMENT
INC., EMPIRE BAGELS CROSS RIVER INC.,         :
EMPIRE BAGELS FISHKILL INC., EMPIRE           :
BAGELS HARRISON INC., and JAY D'ANGELO,       :
                                              :
                    Defendants.               :
-----------------------------------------------------------------------X
```

The Court orders that:

Plaintiffs Melvin Alexander Lorenzo Duarte and Esteban Rover Andre Muñoz Palma recover from Defendants Empire Bagels, Inc., Empire Bagels Brewster Inc., Empire Bagels Carmel Inc., Empire Bagels Cross River Inc., Empire Bagels Fishkill Inc., Empire Bagels Harrison Inc., and Jay D'Angelo, jointly and severally, the total amount of seventy thousand dollars and zero cents ($70,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 51).

Dated:  New York, New York

_____, 2022

 

 

_____
**Hon. Kenneth M. Karas**
United States District Judge
Southern District of New York