UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MELVIN ALEXANDER LORENZO DUARTE,      :
                                      :
                     Plaintiff,       :
                                      :   22 Civ. 1775 (KMK)(JCM)
       -against-                      :
                                      :
EMPIRE BAGELS, INC., EMPIRE BAGELS    :   SATISFACTION OF
BREWSTER INC., EMPIRE BAGELS CARMEL   :   JUDGMENT
INC., EMPIRE BAGELS CROSS RIVER INC., :
EMPIRE BAGELS FISHKILL INC., EMPIRE   :
BAGELS HARRISON INC., and JAY D'ANGELO,:
                                      :
                     Defendants.      :
---------------------------------------------------------------- X

WHEREAS, a judgment was entered in the above action on December 27, 2022 (ECF No. 55), in favor of the Plaintiffs Melvin Alexander Lorenzo Duarte and Esteban Rover Andre Muñoz Palma against Defendants Empire Bagels, Inc., Empire Bagels Brewster Inc., Empire Bagels Carmel Inc., Empire Bagels Cross River Inc., Empire Bagels Fishkill Inc., Empire Bagels Harrison Inc., and Jay D'Angelo, jointly and severally, in the total amount of $70,000, inclusive of attorney's fees and costs, and as set forth in the accepted offer of judgment (ECF No. 53); and

WHEREAS, Defendants have paid the judgment with interest thereon and it is certified that there are no outstanding executions with any Sheriff or Marshall;

NOW THEREFORE, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction on the docket of the judgment.

Dated: New York, New York
       February 3, 2023

                                            PECHMAN LAW GROUP PLLC

                                            By: _____
                                            Louis Pechman
                                            488 Madison Avenue, 17th Floor
                                            New York, New York 10022
                                            Tel.: (212) 583-9500
                                            cuadra@pechmanlaw.com
                                            *Attorneys for Plaintiffs*

Miguelina Marte Paulino
Notary Public, State of New York
Reg. No. 01MA6411839
Qualified in New York County
Commission Expires Dec. 07, 2024